UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |  |
|---|---|---|
| PASTIFICIO LUCIO GAROFALO S.P.A., | : | |
| Plaintiff, | : | |
| | : | Before: Richard K. Eaton, Judge |
| v. | : | |
| | : | Court No. 26-02686 |
| UNITED STATES, | : | |
| Defendant. | : | |

**ORDER**

Upon consideration of Defendant's consent motion to consolidate, ECF No. 13, it is hereby

**ORDERED** that the motion is GRANTED; it is further

**ORDERED** that *Pastificio Lucio Garofalo S.p.A. v. United States*, Ct. No. 26-02686, and *La Molisana S.p.A. v. United States*, Ct. No. 26-02704, are consolidated under lead case *Pastificio Lucio Garofalo S.p.A. v. United States*, Ct. No. 26-02686; it is further

**ORDERED** that the U.S. Department of Commerce file the administrative record index within 10 days of this order; and it is further

**ORDERED** that the parties file a joint status report and proposed briefing schedule within 30 days of the filing of the administrative record index.

/s/ Richard K. Eaton
Judge

Dated: June 1, 2026
New York, New York